**STATE of Missouri, Respondent,**

v.

**Michael E. BARKER, Appellant.**

No. ED 84520.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 22, 2005.

Irene C. Karns, Columbia, MO, for appellant.

Deborah Daniels, Timothy W. Anderson (co-counsel), Daniel N. McPherson (co-counsel), Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., GLENN A. NORTON, J. and NANNETTE A. BAKER, J.

### ORDER

PER CURIAM.

Michael Barker appeals the judgment entered on a jury verdict convicting him of first degree sodomy under section 566.062 RSMo 2000, seeking plain error review. We have reviewed the parties' briefs and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. The judgment is affirmed under Rule 30.25(b).